IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

_____

UNITED STATES OF AMERICA, ex rel.,
BADR,

             Plaintiff/Relator,

  v.

TRIPLE CANOPY, INC.,

             Defendant.
_____

Civil No.: 1:11 Civ. 288 (GBL) (JFA)

## NOTICE OF APPEAL

NOTICE is hereby given that the plaintiff, the United States of America, appeals to the United States Court of Appeals for the Fourth Circuit from the Memorandum Opinion and Order entered in this action on June 19, 2013 and the Order entered in this action on July 23, 2013.

Dated: September 20, 2013

                              Respectfully submitted,

                              STUART F. DELERY
                              ASSISTANT ATTORNEY GENERAL
                              CIVIL DIVISION

                              KATHLEEN M. KAHOE
                              ACTING UNITED STATES ATTORNEY
                              By:

                                  /s/
                              RICHARD W. SPONSELLER
                              ASSISTANT UNITED STATES ATTORNEY
                              VSB: 39402
                              PETER S. HYUN
                              ASSISTANT UNITED STATES ATTORNEY
                              United States Attorney's Office
                              Justin W. Williams U.S. Attorney's Building

2100 Jamieson Avenue
Alexandria, VA 22314
Tel: 703.299.3700
Fax: 703.299.3898
Email: peter.hyun@usdoj.gov

MICHAEL D. GRANSTON
JUDITH RABINOWITZ
ALAN GALE
Civil Division
U.S. Department of Justice
601 D Street, NW, Room 9032
Washington, DC 20004
Tel: 202.514.0132
Fax: 202.307.3852
Email: alan.gale@usdoj.gov

COUNSEL FOR THE UNITED STATES

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 20, 2013, I will electronically file the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification of such filing to all counsel of record.

By:     /s/
Peter S. Hyun
Assistant United States Attorney
Justin W. Williams U. S. Attorney's Building
2100 Jamieson Avenue
Alexandria, Virginia 22314
(703) 299-3737 (direct)
(703) 299-3983 (fax)
peter.hyun@usdoj.gov

COUNSEL FOR THE UNITED STATES