FILED: January 8, 2015

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 13-2190 (L)
(1:11-cv-00288-GBL-JFA)
———————————

UNITED STATES OF AMERICA

       Intervenor/Plaintiff - Appellant

  and

UNITED STATES EX REL. OMAR BADR

       Plaintiff


v.

TRIPLE CANOPY, INC.

       Defendant - Appellee


———————————

No. 13-2191
(1:11-cv-00288-GBL-JFA)
———————————

UNITED STATES EX REL. OMAR BADR

Plaintiff - Appellant

v.

TRIPLE CANOPY, INC.

Defendant - Appellee

_____

J U D G M E N T

_____

In accordance with the decision of this court, the judgment of the district court is affirmed in part and reversed in part. This case is remanded to the district court for further proceedings consistent with the court's decision.

This judgment shall take effect upon issuance of this court's mandate in accordance with Fed. R. App. P. 41.

/s/ PATRICIA S. CONNOR, CLERK