IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | | |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel.* BADR, | ) ) ) | |
| Plaintiff/Relator, | ) ) | CASE NO.: 1:11-cv-288 (AJT/JFA) |
| v. | ) ) | |
| TRIPLE CANOPY, INC., | ) ) | |
| Defendant. | ) ) | |

JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure and 31 U.S.C. § 3730(b)(1), the United States and Relator Omar Badr hereby dismiss with prejudice this civil action against Defendant Triple Canopy, Inc., as agreed in the Settlement Agreement executed among the parties on September 26, 2017.

Each party shall bear its own costs, except as set forth in the Settlement Agreement.

DATED: October 13, 2017

                                                    DANA J. BOENTE
                                                    UNITED STATES ATTORNEY

                                  By:       /s/
                                            Richard Sponseller
                                            Christine N. Roushdy
                                            Assistant U.S. Attorneys
                                            2100 Jamieson Avenue
                                            Alexandria, Virginia 22314
                                            Telephone: (703) 299-3700
                                            Fax: (703) 299-3983
                                            Email: Richard.Sponseller@usdoj.gov
                                                               Christine.Roushdy@usdoj.gov

*Counsel for the United States*

_____/s/_____
Tara M. Lee (VSB # 71594)
Meghan McCaffrey (admitted *pro hac vice*)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
777 Sixth Street NW, 11th Floor
Washington, District of Columbia 20001-3706
Tel. (202) 538-8000
Fax: (202)-538-8100
Email: taralee@quinnemanuel.com
       meghanmccaffrey@quinnemanuel.com

*Counsel for Defendant Triple Canopy, Inc.*

_____/s/_____
Earl "Trey" Mayfield (VSB # 41691)
Milt C. Johns (VSB # 42305)
Christopher M. Day (VSB # 37470)
Juris Day, PLLC
10521 Judicial Drive, Suite 200
Fairfax, VA 22030
(o) 703-268-5600
(x) 703-268-5602
Email: TMayfield@JurisDay.com
       CMDay@JurisDay.com

*Attorneys for Relator Omar Badr*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 13th day of October, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing (NEF) to the counsel of record.

                                     _____/s/_____
                                     Christine N. Roushdy
                                     Assistant U.S. Attorney
                                     Counsel for the United States
                                     2100 Jamieson Avenue
                                     Alexandria, Virginia 22314
                                     Telephone: (703) 299-3700
                                     Fax: (703) 299-3983
                                     Email: Christine.Roushdy@usdoj.gov